FILED

06/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0162

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0162

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JOHN RYAN,

Defendant and Appellant.

**ORDER**

Upon consideration Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 24, 2023, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2023